# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ESTHER CARRANZA, et al | Case No. 5:04-cv-04161- EJD |
| Alice Fernandez, et al. | Case No. 5:10-cv-05924-EJD |
| Mary Orozco, et al. | Case No. 5:10-cv-05928-EJD |
| Plaintiffs | **[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41** |
| v. | |
| WYETH, et al. Defendants. | |

**IT IS HEREBY ORDERED that**:

1. The above-captioned actions are dismissed with prejudice as to all Defendants, with each party to bear its own costs and attorneys' fees.

2. The Court shall retain jurisdiction over certain matters per its ruling at the telephonic status conference on September 27, 2012.

3. All other relief not expressly granted herein is denied.

1     The Clerk shall close the files.

2   DATED: November __14__, 2012       _____
3                                                     Hon. Edward J. Davila
                                                    United States District Judge
4                                                     Northern District of California

1  Philip C. Bourdette SBN 47492
2  Miriam Bourdette  SBN 151980
   BOURDETTE & PARTNERS
3  2924 West Main Street
4  Visalia, CA 93291
   (559) 625-8425
5  Fax (559) 625-8491
6  pcbb@bourdettelaw.com
   mrbb@bourdettelaw.com
7  Attorneys for Plaintiffs

8
   Simona A. Farrise SBN 171708
9  Farrise Firm PC
10 225 South Olive St., Ste 102
   Los Angeles, CA 90012
11 310-424-3355
12 FAX 510-588-4536
   sfarrise@farriselaw.com
13 LKirmsse@farriselaw.com
14 Attorneys for Plaintiffs

15 Sharon J. Arkin SBN #154858
16 The Arkin Law Firm
   333 South Grand Avenue, 25th Floor
17 Los Angeles, CA 90071
18 (541) 469-2892
   FAX: 866) 571-5676
19 sarkin@arkinlawfirm.com
20 Attorney for Plaintiffs

21
   Pamela Yates SBN 137740
22 Julie A. Belezzuoli SBN 267302
   KAYE SCHOLER LLP
23 1999 Avenue of the Stars, Suite 1600
24 Los Angeles, CA 90067
   (310) 788-1000
25 FAX (310) 788-1200
26 pyates@kayescholer.com
   julie.belezzuoli@kayscholer.com
27 Attorneys for Defendant
28

**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41**